# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2008

135013 & (15)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee/
      Cross-Appellant,

v

SC: 135013
COA: 279468
Jackson CC: 05-001151-FH

REBECCA SUZANNE BONNEY,
      Defendant-Appellant/
      Cross-Appellee.

_____/

On order of the Court, the application for leave to appeal the August 23, 2007 order of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2008

Clerk

s1119